BY _____ FILED _____ DEPUTY

DEC 18 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: *GD12-482M* |
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| *CHARLES JOHN RAVORTA* | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SOUTHERN___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND
• UNKNOWN BAIL RESOURCES
• HISTORY OF FAILURE TO COMPLY W/ SUP. RELEASE
• HISTORY OF SUBSTANCE ABUSE.
• ALLEGATION OF ABSCONDING.

1    and/or

2    B.    ( )    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18

5    U.S.C. § 3142(b) or (c).  This finding is based on the following:

6    _____

7    _____

8    _____

9    _____

10

11

12    IT THEREFORE IS ORDERED that the defendant be detained pending the further

13    revocation proceedings.

14

15    Dated: 12 /18 /12

16    HONORABLE DAVID T. BRISTOW
      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28                                    2